507 A.2d 369

**John F. FLUEHR, Jr., etc., Petitioners,**

**v.**

**Richard G. PAOLINO, D.O., etc., Respondents.**

Supreme Court of Pennsylvania.

April 1, 1986.

Petition for Allowance of Appeal GRANTED, No. 50 E.D. Appeal Docket 1986.